**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DESMOND GODSON,<br><br>                                    *Plaintiff,*<br><br>v.<br><br>CITY OF PHILADELPHIA, JORDAN HARRIS, and JEROME L. WATSON<br>                                    *Defendants*. | CIVIL ACTION<br><br>NO. 24-6461 |

**ORDER RE: MOTION TO DISMISS**

**AND NOW**, on this 10th day of March, 2025, for the reasons stated in the foregoing

Memorandum it is hereby ORDERED that Defendants' Motion to Dismiss (ECF 4) is

**GRANTED** in part and **DENIED** in part.  The below chart summarizes the state of Plaintiff's

claims.

| Count | Against Individual Defendants | Against City |
|---|---|---|
| Count I – IIED | MTD denied. | MTD granted with prejudice. |
| Count I – NIED | Withdrawn without prejudice. | Withdrawn without prejudice. |
| Count II –Negligence & Gross Negligence | Withdrawn without prejudice. | Withdrawn without prejudice. |
| Count III – Excessive Force (§ 1983) | MTD denied. | Withdrawn without prejudice. |
| Count IV – Withholding Medical Care & Covering up § 1983 Violations | Leave to Amend granted. Dismissed without prejudice. | Withdrawn without prejudice. |
| Count V – Conspiracy to use Excessive Force (§ 1983) | MTD denied. | Withdrawn without prejudice. |

1

| | | |
|---|---|---|
| Count V – Conspiracy to Deny Access to Court (§ 1983) | MTD granted without prejudice. | Withdrawn without prejudice. |
| Count VI – Cruel/Unusual Punishment & Monell Claim | Leave to Amend granted. Dismissed without prejudice. | Leave to Amend granted. Dismissed without prejudice. |
| Count VII – Unreasonable Search & Seizure | Leave to Amend granted. Dismissed without prejudice. | Withdrawn without prejudice. |
| Count VIII – Conspiracy to Commit Equal Protection Violations (§ 1985) | MTD granted without prejudice. | Withdrawn without prejudice. |
| Count IX – Assault and Battery | MTD denied. | MTD granted with prejudice. |
| Count X – Failure to Intervene/Bystander Liability | MTD denied. | Withdrawn without prejudice. |
| Count XI – Monell Claim | n/a | MTD dismissed with prejudice. |

**BY THE COURT:**

**/s/ Michael M. Baylson**

_____

**MICHAEL M. BAYLSON**
**United States District Court Judge**

2

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-6461 Godson v City of Phila\24-6461 order re mtd.docx