IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DESMOND GODSON,**<br><br>*Plaintiff,*<br><br>v.<br><br>**CITY OF PHILADELPHIA, JORDAN HARRIS, and JEROME L. WATSON**<br>*Defendants.* | **CIVIL ACTION**<br><br>**NO. 24-6461** |

**ORDER RE: MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**

AND NOW on this 15 day of July 2025, for the reasons stated in the foregoing Memorandum, Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint, ECF 22, is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-6461 Godson v City of Phila\24-6461 MTD 3d Am Compl Order.docx

1