IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DESMOND GORDON,**<br>*Plaintiff,*<br>**v.**<br><br>**CITY OF PHILADELPHIA, *et al.*,**<br>*Defendants.* | **CIVIL ACTION NO. 24-6461** |

**ORDER RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**AND NOW**, on this 12th day of August 2026, upon consideration of Defendants' Motion for Summary Judgment (ECF 63), Plaintiff's Response in Opposition (ECF 64), Defendants' Reply (ECF 65), and the parties' supplemental briefing on the issue of exhaustion under the Prison Litigation Reform Act ("PLRA") (ECF 72, 75, 76), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** as follows:

1. Count I (excessive force), Count II (bystander liability), Count V (conspiracy of excessive force), Count VI (unreasonable search and seizure), Count VII (conspiracy to deprive access to courts), Count VIII (section 1985 conspiracy), and Count IX (denial of medical treatment) are **DISMISSED** without prejudice due to Plaintiff's failure to exhaust administrative remedies as required under the Prison Litigation Reform Act ("PLRA").
2. The Motion for Summary Judgment is **GRANTED** as to Count IV (intentional infliction of emotional distress).
3. Count III (assault and battery) is **DISMISSED** without prejudice, so that it may be refiled in state court.
4. The Clerk of Court shall close this case.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\phl-data\judge_baylson\civil 24\24-6461 godson v city of phila\24-6461 order re def. mot. summ. j..docx