**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DESMOND GODSON**<br>*Plaintiff*,<br>**v.**<br><br>**CITY OF PHILADELPHIA, *et al.*,**<br>*Defendants*. | **CIVIL ACTION NO. 24-6461** |

**ORDER RE: MOTION FOR RECONSIDERATION**

**AND NOW**, this 21 day of September 2026, upon consideration of Plaintiff's Motion for Reconsideration (ECF 83) and Defendants' Opposition (ECF 84) it is hereby **ORDERED** that Plaintiff's Motion (ECF 83) is **DENIED**.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-6461 Godson v City of Phila\24-6461 Order Re Motion for Reconsideration.docx